County of Cook, Appellee, v. James Carbone, Appellant.

Gen. No. 46,803. (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Released for publication April 30, 1956.

John H. Galgano, and Patrick A. Barton, for defendant-appellant; John Gutknecht, State's Attorney of Cook county, for plaintiff-appellee; Gordon B. Nash, Martin R. Handelman, Charles D. Snewind, Francis X. Riley, and William S. White, Assistant State's Attorneys, of counsel. Opinion by JUDGE NIEMEYER. Not to be published in full.